COPY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

RICHARD S. MARKEY

3:05CV93(AWT)

Case No. 3:99cr00156(AWT)
3:01cr00118(AWT)

MOTION TO CORRECT SENTENCE ENHANCEMENTS AND CONDITIONS

Comes now Richard-Stanley:Markey, the third party intervenor pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and, respectfully moves this Honorable court for an order to correct the sentence and judgement of the enhancements and conditions in the above captioned case that was imposed upon the defendant by this court on 4/6/01 and 11/29/01 respectively.

The third party respectfully moves this Honorable court for its' correction on the following grounds:

1) The enhancements and conditions violate the defendants Sixth Amendment Constitutional Rights.
2) The third party has discovered new information/evidence.
3) The enhancements and conditions were protested to on several occasions at trial and sentencing.
4) The enhancements and conditions were not part of any jury instruction for a finding of fact during the trial process.
5) The third party reserves all Rights.
6) The third party supports the cause of this motion by the attached memorandum of Law.

Wherefore, the third pary prays for the grant of this motion

Respectively,                                   Date: 1/13/05

*Richard-Stanley:Markey*
Richard-Stanley:Markey
(3rd Party Intervenor)