UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                          Case No. 3:99cr00156 (AWT)
                                     3:01cr00118 (AWT)

RICHARD S. MARKEY

ATTACHED MEMORANDUM OF LAW

In support of MOTION TO CORRECT SENTENCE ENHANCEMENTS AND CONDITIONS, PURSUANT TO Rule 60(b) of the Federal Rules the court may grant relief from a final judgement for any reason justifying relief from the operation of judgement, Goland vs. Central Intelligence Agency, 607 F 2d 339.

Where a party moves for relief under subpart (b)(6) of Rule 60, but furnishes no reason other than the alleged new discovered evidence, the motion must be reviewed as if filed under subpart (b)(2) of the same rule thereby allowing relief for newly discovered evidence, Corex vs. U.S., 638 F 2d 119.

The First Amendment of the United States Constitution guarantees the Right for the redress of a grievance.

The Sixth Amendment of the United States Constitution guarantees that the accused "shall enjoy the right to a speedy and public trial by an impartial jury."

In the instant case the Third party relies on the new ruling of the United States Supreme Court, in the case of Blakely vs. Washington, and the Fourth Circuit's decision in US vs. Shamblin, 2004. Those cases are submitted as newly discovered evidence/information and as the standard by which this case regarding enhancements and conditions must be judged.

Those standing (Blakely and Shamblin) justify the correction of the sentence enhancements and conditions.

In light of the new ruling in those cases from the United States Supreme Court and the Fourth Circuit, it is submitted that the enhancements and conditions were improper in the above case title actions.

Therefore, the following enhancements and conditions in case numbers; 3:99cr00156 and 3:01cr00156 were not offered to the jury for a finding of fact during trial;

1) 4.8 Million dollars, USSG 2F1.1(b)(1)(N)
   Enhancement: 13

2) More than minimal planning, USSG 2F1.1(b)(2)
   Enhancement:  2

3) Mass Marketing, USSG 2F1.1(b)(3)
   Enhancement:  2

4) Multiple jurisdictions, USSG 2F1.1(b)(5)
   Enhancement:  2

5) Leadership, USSG 3B1.1(a)
   Enhancement:  4

6) Restitution in the amount of $317,000.00 +
   Condition imposed without finding by jury

7) Supervised Release of three(3) years
   Condition is a liberty restraint in addition to term of incarceration unlike ~~probation~~ parole which is in lieu of.

The above found by the Unitd States Probation Office impair the Sixth Amendment Rights and violate the due process in the administration of justice. Any other ruling would be unconciable.

Respectively,

*[signature]*

Richard-Stanley:Markey [13556-014]
Federal Correctional Institution
Box 7000   Unit 5802
Fort Dix, NJ 08640

CERTIFICATE OF SERVICE

I declare that the forgoing was placed in the Unit 5802 mailbox on this 13th day of January, 2005, postage prepaid for the following:

James Genco
Asst. U.S. Attorney
450 Main St. RM 328
Hartford, CT. 06103


Respectfully,

Richard-Stanley:Markey
3rd Party intervenor