UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR -4 P 2:00

```
-------------------------------x
RICHARD S. MARKEY,             :
                               :
           Petitioner,         :
                               :
v.                             :   Crim. No. 3:99CR156(AWT)
                               :   Crim. No. 3:01CR118(AWT)
                               :   Civ. No. 3:05CV00092(AWT)
                               :   Civ. No. 3:05CV00093(AWT)
UNITED STATES OF AMERICA,      :
                               :
           Respondent.         :
-------------------------------x
```

**NOTICE TO PETITIONER**

The court hereby notifies the petitioner that, with respect to his pleadings filed on January 18, 2005, which were entitled "Motion to Correct Sentence Enhancements and Conditions" (Doc. No. 299 in Case No. 3:99CR156(AWT) and Doc. No. 41 in Case No. 3:01CR118(AWT)), the court intends to construe each pleading as a motion to vacate the petitioner's sentence under 28 U.S.C. § 2255. The effect of re-characterizing the petitioner's pleadings as a § 2255 motion is that any other § 2255 motion filed in the future will be subject to the restrictions on "second or successive" motions and the one-year limitations period, which are set forth in § 2255. If the petitioner does not wish the court to construe his pleadings as a § 2255 motion, then he must either withdraw the pleadings or amend them, in either case by no later than

April 1, 2005, after which the court will issue an order to show cause to the government.

It is so ordered.

Dated this 3rd day of March 2005, at Hartford, Connecticut.

                                          Alvin W. Thompson
                                  United States District Judge

I hereby certify that the foregoing is a true copy of the original document on file.   Date: 5/12/05

KEVIN F. ROWE
Clerk

By S. L. Smith
      Deputy Clerk