UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
RICHARD S. MARKEY,              :
                                :
        Petitioner,             :
v.                              :
                                :   Crim. No. 3:01CR118(AWT)
                                :
                                :   Civ. No. 3:05CV00093(AWT)
UNITED STATES OF AMERICA,       :
                                :
        Respondent.             :
-------------------------------x
```

## ORDER TO SHOW CAUSE

On March 3, 2005 the court issued a Notice to Petitioner (Doc. No. 43) stating that it intended to construe the petitioner's pleading filed on January 18, 2005, which was entitled "Motion to Correct Sentence Enhancements and Conditions" (Doc. No. 41), as a motion to vacate the petitioner's sentence under 28 U.S.C. § 2255.  The court stated that it would so construe that pleading unless the petitioner withdrew or amended it by no later than April 1, 2005.  To date, the petitioner has not responded to the court's Notice.  Accordingly, the court construes the above referenced pleading as a motion to vacate the petitioner's sentence under 28 U.S.C. § 2255.

Thus, upon the petition of RICHARD S. MARKEY, it is hereby

ORDERED that the respondent file a response to the petition on or before June 16, 2005, as to why the relief

prayed for in the petition should not be granted, and it is

    ORDERED that in hand service of this ORDER, together with a copy of the petition and all supporting memoranda, be made by the United States Marshal's Service on Respondent's representative, James Genco, Assistant United States Attorney, Abraham A. Ribicoff Building, 450 Main Street, Hartford, Connecticut, 06103, and that service by certified mail of this Order, together with a copy of the petition and all supporting memoranda, be made by the United States Marshal's Service on John Ashcroft, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, and on the Department of Homeland Security, Abraham A. Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut, 06106 on or before May 27, 2005, and that such service shall be deemed sufficient.

    Dated this 12th day of May 2005, at Hartford, Connecticut.

                                         _____/s/_____
                                              Alvin W. Thompson
                                      United States District Judge